**Towanna Okoronkwo** Debtor Pro Se
6624 2nd Ave
Los Angeles, CA 90043
(626) 367 0705 Fax (626) 915 2075

Fax to (206) 292 4930

FILED
SEP 0 6 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

IN THE UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNI (LOS ANGELES)

United States Bankruptcy Court Case No. 2:16-bk-21343-BR

RE:
WATSON BONNIE et al
    Plaintiff
vs.

GURCHAN SINGH ET AL
Defendants

**Notice of Removal Of Unlawful Detainer Case No 16R02062 To Federal Jurisdiction:**
United States Bankruptcy Court

*Case No. 2:16-ap-    -BR*

TO: THE HONORABLE LOS ANGELES COUNTY SUPERIOR COURT

AND TO: THE HONORABLE UNITED STATES BANKRUPTCY COURT

AND TO: THE PLAINTIFF'S ATTORNEY OF RECORD AND TO: U. S.

TRUSTEE (LOS ANGELES) AND TO: THE LOS ANGELES COUNTY

SHERIFF DEPARTMENT COURT SERVICES (INGLEWOOD

OFFICE)

NOW COMES **Towanna Okoronkwo** Debtor Pro Se and Anthony Jackson

Named Defendant et al herein cause the filing of the herein pleading:

**Notice of Removal Of Unlawful Detainer Case No 16R02062 To Federal**

Jurisdiction Re: United States Bankruptcy Court *Case No. 2:16-ap-    -BR*

| | SUM-130 |
|---|---|
| **SUMMONS**<br>**(CITACIÓN JUDICIAL)**<br>**UNLAWFUL DETAINER—EVICTION**<br>*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)* | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GURCHAN SINGH, AND DOES 1 TO 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
BONNIE WATSON

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SANTA MONICA SUPERIOR COURT
   1725 MAIN STREET
   SANTA MONICA, CA 90401
   WEST DIST. - SANTA MONICA

   CASE NUMBER: *(Número del caso):* 16A02062

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   FRED M. SZKOLNIK, Esq. SB#94612          818-986-3888
   LAW OFFICES OF FRED M. SZKOLNIK, A LAW CORP
   16311 VENTURA BOULEVARD, SUITE 850
   ENCINO, CA 91436

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415) [x] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: 4/27/16    Clerk, by _____, Deputy
*(Fecha)*              *(Secretario)*                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)           [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)               [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

```
 1  FRED M. SZKOLNIK                SBN: 94612
    LAW OFFICES OF FRED M. SZKOLNIK, A LAW CORPORATION
 2  16311 VENTURA BOULEVARD, SUITE 850
    ENCINO, CA 91436
 3
    TEL.: (818) 986-3888
 4
    ATTORNEY FOR PLAINTIFF
 5

 6

 7            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 8         FOR THE COUNTY OF LOS ANGELES, LIMITED JURISDICTION

 9                 LOS ANGELES JUDICIAL DISTRICT

10

11  BONNIE WATSON              )    CASE NO:
                               )
12                             )
          PLAINTIFF,           )    LIMITED JURISDICTION
13                             )    COMPLAINT FOR UNLAWFUL
                               )    DETAINER
14  vs.                        )
                               )    [Action based on Code of Civil Procedure
15  GURCHAN SINGH              )    Section 1161a]
                               )
16                             )    [Amount in controversy does not
    DOES 1 TO 10               )     exceed $10,000.00]
17          DEFENDANT.         )
                               )
18  _____)

19       PLAINTIFF alleges:

20                    FIRST CAUSE OF ACTION

21                    BROUGHT BY PLAINTIFF

22                   AGAINST ALL DEFENDANT/S

23                    FOR UNLAWFUL DETAINER

24

25       1.  Plaintiff is a competent individual over the age of 18 years.

26       2.  Plaintiff is informed and believes, and thereon alleges that each of the Defendant/s

27  is, and at all times herein mentioned was, in possession of the real property which is the subject

28  of this action.
```

1

2

PROOF OF SERVICE

3

NOTICE OF REMOVAL OF

4

STATE ACTION CASE No. 16R02062

5

TO

6

FEDERAL JURISDICTION PENDING APPEAL

7

8

I am employed in the county of Los Angeles, state of California. I am over the age of 18 and not a party to the within action. My address is 5439 9TH Avenue, Los Angeles, CA 90043

9

10

On or about 09/06/2016 I caused the service of the Notice of Removal of State Action Case No. 16R02062 upon the attached person by mail via depositing the Notice of Removal into a sealed envelope with postage fully paid

11

12

13

14

I declare under penalty of perjury under the laws of California that the above is true and correct.

15

Executed on 09/06/2016 at Los Angeles, California

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE STATE BAR OF CALIFORNIA**
Protecting the Public and Enhancing the Administration of Justice

Monday, September 5, 2016

# ATTORNEY SEARCH

## Fred Milton Szkolnik - #94612

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 94612 | | |
| **Address:** | 16311 Ventura Blvd #850 Encino, CA 91436 Map it | **Phone Number:** | (818) 986-3888 |
| | | **Fax Number:** | (818) 986-0883 |
| | | **e-mail:** | Not Available |
| **County:** | Los Angeles | **Undergraduate School:** | Univ of Southern Calif; Los Angeles CA |
| **District:** | District 2 | | |
| **Sections:** | None | **Law School:** | California Western SOL; San Diego CA |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 12/16/1980 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**

Overview of the attorney discipline system.

This member has no public record of discipline.

**Administrative Actions**

This member has no public record of administrative actions.

Start New Search »

FORM B104 (08/07)　　　　　　　　　　　　　　　　　　　　　　　　　　　2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> WATSON BONNIE et al | **DEFENDANTS** <br> GURCHAN SINGH & Towanna Okoronkwo Debtor Pro Ser & all unknown occupants CCP1174.3 |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Fred Milton Szkolnik (SBN94612) <br> 16311 Ventura Blvd. #850 <br> Los Angeles, CA 90071  (818) 986 3888   Fax (818) 986 0883 | **ATTORNEYS** (If Known) <br> Pro Se <br> 15611 North Peak Lane, Fontana CA 92336 <br> (909) 437 8887  fax (909) 568 2422 |
| **PARTY** (Check One Box Only) <br> ☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin <br> ☑ Creditor   ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☑ Debtor     ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor   ☐ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
1) Violation of Title 11 USC 362 Automatic Stay 2) Violation of Federal Tenant Protection Act of 2009
3) Violation of CCP 415.46(e)2 4) Violation of California & Federal Due Process

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☒ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

RECEIVED
SEP 06 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☑ Check if a jury trial is demanded in complaint | Demand $ 900,876.00 |

**Other Relief Sought**
Including But Not Limited to :1) Vacate Actions in violation of bankruptcy stay 2) Vacate void judgments in violation of personal jurisdiction 3) Vacate prosecution in violation of Constitutional rights 4) Recover unlawfully seized personal property 5) Los Angeles County Sheriff Department Personal violation(s) of Title 18 USC 242 &243 et al 6) Violation of Fourth Amendment Rights 7) Violation of Fifth Amendment Rights

FORM B104 (08/07), page 2                    2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | |
|---|---|
| **NAME OF DEBTOR** <br> Towanna Okoronkwo Debtor Pro Se | **BANKRUPTCY CASE NO.** <br> 2:16-bk-21343BR |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central District | **DIVISIONAL OFFICE** <br> Los Angeles    **NAME OF JUDGE** <br> Barry Russel |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| **PLAINTIFF** <br> N / A | **DEFENDANT** <br> N / A | **ADVERSARY PROCEEDING NO.** <br> N / A |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** <br> N / A | **DIVISIONAL OFFICE** <br> N/ A | **NAME OF JUDGE** <br> N / A |

**SIGNATURE OF ATTORNEY (OR PLAINTIFF)**

*[signature]*

| **DATE** <br> 9/6/16 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Towanna Okoronkwo Debtor Pro Se |
|---|---|

## INSTRUCTIONS

    The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

    A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

    The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.